# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00507-CV

**In the Interest of Z. M., C. M. and A. G.**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-FM-06-003144, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Thomas Maldonado's brief on appeal was originally due March 17, 2008. On July 18, 2008, this Court ordered appellant's counsel to file a brief on appellant's behalf no later than August 18. In response, counsel filed a motion stating that despite repeated attempts, he has been unable to reach Maldonado since July 17, 2007. Counsel further represents that due to this lack of communication, he has been unable to obtain Maldonado's authorization to proceed with this appeal. To date, no appellant's brief or motion for extension of time has been filed. Accordingly, we dismiss this appeal for want of prosecution.

_____

Diane M. Henson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Prosecution

Filed:  October 17, 2008